| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Arturo Nunez** <br> First Name　Middle Name　Last Name | Social Security number or ITIN　**xxx–xx–3499** <br> EIN　\_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2 <br> (Spouse, if filing) | First Name　Middle Name　Last Name | Social Security number or ITIN　\_ \_ \_ \_ <br> EIN　\_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court　**Northern District of Illinois** | | Date case filed for chapter　**7**　**8/9/19** |
| Case number:　**19–81898** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**　　12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at　www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Arturo Nunez | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5353 Danbury Cir <br> Lake in the Hills, IL 60156 | |
| 4. | **Debtor's attorney** <br> Name and address | James A Young <br> 85 Market Street <br> Elgin, IL 60123 | Contact phone 8477931031 <br> Email: jyoung@jamesyounglaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | James E Stevens <br> Barrick, Switzer, Long, Balsley & Van Ev <br> 6833 Stalter Drive <br> Rockford, IL 61108 | Contact phone 815–962–6611 <br> Email: jimstevens@bslbv.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**　　page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Western Division<br>327 South Church Street<br>Rockford, IL 61101 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 8/12/19 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 1, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**308 West State Street, Room 40, Rockford, IL 61101** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/2/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                            Case No. 19-81898-TML
Arturo Nunez                                                      Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: kcollopyn              Page 1 of 2       Date Rcvd: Aug 12, 2019
                              Form ID: 309A                Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2019.
db             +Arturo Nunez,    5353 Danbury Cir,    Lake in the Hills, IL 60156-6364
tr             +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
                 Rockford, IL 61108-2582
28094498       +Advocate Sherman,    35134 Eagle Way,    Chicago, IL 60678-0351
28094501      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citi bank,    POBox 78045,    Phoenix, AZ 85062)
28094500       +Chase,   POBox 1423,    Charlotte, NC 28201-1423
28094503       +ICS Collection,    POBox 1010,    Tinley Park, IL 60477-9110
28094504       +Jaime Corona,    c/o Baudin Law Group,    304 S McHenry Ave,    Crystal Lake, IL 60014-6037
28094505       +Penske,   335-336 New Commerce Blvd,     Wilkes Barre, PA 18706-1487
28094508       +Santander,    POBox 3608,    Dublin, OH 43016-0306
28094509        Santander Consumer USA,    POBox 961245,    Terrell, TX 75161
28094512       +State Collection Service,    POBox 6250,    Madison, WI 53716-0250
28094517        US Bank Mortgage,    4801 Frederica Street,    Marion, OH 43301
28094518       +Vituity,   POBox 582663,    Modesto, CA 95358-0070
28094519       +Wakefield,    POBox 59003,    Knoxville, TN 37950-9003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jyoung@jamesyounglaw.com Aug 13 2019 01:45:08      James A Young,
                 85 Market Street,    Elgin, IL  60123
28094499       +EDI: AMEREXPR.COM Aug 13 2019 05:23:00      American Express,    POBox 0001,
                 Los Angeles, CA 90096-0001
28094502       +EDI: DISCOVER.COM Aug 13 2019 05:23:00      Discover,    POBox 6103,
                 Carol Stream, IL 60197-6103
28094507       +EDI: DRIV.COM Aug 13 2019 05:23:00      Santander,    POBox 961245,    FT Worth, TX 76161-0244
28094506       +EDI: DRIV.COM Aug 13 2019 05:23:00      Santander,    8585 N Stemmons FWY,    Ste 1100-N,
                 Dallas, TX 75247-3822
28095922       +EDI: RMSC.COM Aug 13 2019 05:23:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
28094514        EDI: USBANKARS.COM Aug 13 2019 05:23:00      US BANK,    POBox 108,    Saint Louis, MO 63166
28094513        EDI: USBANKARS.COM Aug 13 2019 05:23:00      US Bank,    4801 Fedrerica Street,
                 Owensboro, KY 42301
28094520       +EDI: RMSC.COM Aug 13 2019 05:23:00      Walmart,    PObox 530927,    Atlanta, GA 30353-0927
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28094510*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Sears,    POBox 78051,    Phoenix, AZ 85062)
28094511*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Sears,    POBox 78051,    Phoenix, AZ 85062)
28094515*     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US BANK,    POBox 108,    Saint Louis, MO 63166)
28094516*     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US BANK,    POBox 108,    Saint Louis, MO 63166)
                                                                               TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-3          User: kcollopyn            Page 2 of 2            Date Rcvd: Aug 12, 2019
                              Form ID: 309A              Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2019 at the address(es) listed below:

        James A Young   on behalf of Debtor 1 Arturo  Nunez jyoung@jamesyounglaw.com, sarai@jamesyounglaw.com
        James E Stevens   jimstevens@bslbv.com, IL48@ecfcbis.com
        Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov

                                                                                                                                                           TOTAL: 3